**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                )
ZAYN HUSAYN,                    )
                                )
          Petitioner,           )
                                )
          v.                    )    Civil Action No. 08-1360 (RWR)
                                )
ROBERT GATES,                   )
                                )
          Respondent.           )
_____)

## ORDER

The matter that is the subject of the government's classified filing of March 24, 2011, and several subsequent filings, together found at Docket Nos. 272, 277, and 278, is hereby transferred by consent to Judge Emmet G. Sullivan. See LCvR 40.6(a). The parties should ensure that all future filings relating to that matter are brought to Judge Sullivan's attention in accordance with procedures established by him.

SIGNED this 18th day of April 2011.

                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge


CC:  Calendar and Case Management Committee